FILED - USDC - FLMD - ORL
SEP 11 2023 PM2:48

PROVIDED TO SANTA ROSA C.I. ON
SEP 06 2023
FOR MAILING BY MDP

United States District Court
Middle District of Florida
Orlando Division

Michael D. Phillips,
Petitioner,
v.
Secretary, Department
of Corrections,
Respondent.

Case No: 6:23-cv-477-CEM-LHP
Judge: Leslie Hoffman Price

## Petition for Default Judgment

I, Michael D. Phillips, pro se Petitioner, and pursuant to Rule 55 Fed. R. Civ. P. request this Honorable Court to enter an order for Default in favor of the Petitioner. The Petitioner would like to assert the following:

Rule 55(a) When a party against whom a Judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's Default.

The respondents are, and, in Default failing to do something required by duty or law See Doc 11 where the above styled Honorable Judge entered an order that "a. Respondents shall file, within Ninety (90) Days from the date of this order, a response, entitled "Response to Petition," indicating why the relief sought in the petition should not be granted."

The expiration date of the courts order/s was August 28th 2023.

Due to the procedural default of the respondents failure to indicate why the relief sought in the Petition should not be granted It is respectfully requested that this Honorable court Should so rule and grant the relief sought in the Petition.

This Honorable court is requested to enter a Default Judgment, and an order reversing the Judgment and sentence and remand to the lower courts for further processing.

It is also requested pursuant to Rule 55(2)(A)(B)(C)(D) Fed. R.Civ.P. that the Court conduct a hearing or make referrals - Preserving any federal statutory right to a Jury trial - to enter or effectuate Judgment in favor of the Petitioner.

## Conclusion

The Respondents failure to comply with this Honorable courts order has left the Petitioner's Petition and merits go uncontested leaving the Petitioner in favor of the court to grant the relief so requested in the Petition and an order for Default Judgment.

## Certificate of Service

I certify that a true and correct copy of the foregoing Petition for Default Judgment has been furnished by First Class U.S. Mail to the below listed state agencies/offices via hand delivery to prison officials on this 6th day of September 2023.

CC:

United States District court
   Middle District
401 W. Central Blvd Suite 1200
Orlando Florida 32801-0120

Office of the Attorney General
444 Seabreeze Blvd 5th Floor
Daytona Beach, Florida 32118

Michael D. Phillips
5850 East Milton Rd
Milton Fl 32583

Respectfully Submitted
/S/ Phillips, Michael pro se
5850 East Milton Rd
Milton Fl 32583